*Honorable Ricardo S. Martinez*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA GUERRA, et al., | NO. 09-CV-01027-RSM |
| Plaintiffs, | |
| v. | STIPULATED MOTION AND ORDER TO HOLD CASE IN ABEYANCE |
| UNITED STATES OF AMERICA, et al., | Agency file No.: A072-710-485 |
| Defendants. | |

## I. Stipulation

This case was previously held in abeyance because the Department of Homeland Security reopened Ms. Guerra's denied I-612 waiver. On June 7, 2011, the waiver was again denied. Since the denial, the parties have filed multiple joint requests to hold the case in abeyance. The parties stipulate and agree to further hold the case in abeyance for 90 additional days given the parties are actively exploring options which may moot out this federal lawsuit.

STIPULATED MOTION AND ORDER
TO EXTEND BRIEFING SCHEDULE

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270

Dated this 5th day of June, 2012.

| /s/ Neha Vyas | /s/ Cara Sims |
|---|---|
| **Neha Vyas**, NC Bar # 24587 | **Cara Sims,** VA Bar #75430 |
| **Gibbs Houston Pauw** | United States Department of Justice |
| 1000 Second Avenue, Suite 1600 | Office of Immigration Litigation |
| Seattle, WA 98104 | District Court Section |
| Tel: (206) 682-1080 | Ben Franklin Station, P.O. Box 868 |
| Fax: (206) 689-2270 | Washington, DC 20044 |
| nvyas@ghp-law.net | (202) 532-4075 |
| | Cara.Sims@usdoj.gov |

## II.  Order

The Court hereby ORDERS that this case will further be held in abeyance for an additional 90 days and this court will retain jurisdiction.

Dated this 7 day of June 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO EXTEND BRIEFING SCHEDULE

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270